UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

v.                                      Case No.:   2:20-cv-396-FtM-38NPM

MARK S. INCH, COLONEL
ROBINSON, FNU NORIEGA, FNU
GARMEN, FNU HARDEN,
CORRECTIONAL OFFICER
WALTON, I. WILSON and FNU
FISHER,

    Defendants.
_____/

## TRACK ONE AND RELATED CASE ORDER

This suit is designated as a **Track One** case under Local Rule 3.05.  All parties must comply with the requirements established in Local Rule 3.05 for Track One cases. In addition, counsel and any *pro se* party must file and serve a Notice of Pendency of Other Actions[1] form no later than **14 days** from the date of this Order.  The Notice tells the Court if this suit should be designated as a similar or successive case under Local Rule 1.04.

Plaintiff (or Defendant in a removal case) is responsible for serving a copy of this Order on each party no later than **14 days** after the party appears in this case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of June 2020.

/s/ *Sheri Polster Chappell*
Sheri Polster Chappell
United States District Judge

/s/ *Thomas P. Barber*
Thomas P. Barber
United States District Judge

/s/ *John E. Steele*
John E. Steele
Senior United States District Judge

/s/ *Mac R. McCoy*
Mac R. McCoy
United States Magistrate Judge

---

[1] The Court is not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

/s/ *Nicholas P. Mizell*
Nicholas P. Mizell
United States Magistrate Judge

Copies to: All Parties of Record