United States District Court, Middle District Of Florida, Ft. Myers Division

Case No: 2:20-cv-00396-FtM-66NPM

Jimmy Lee Kroft
_____
Plaintiff

VS.

1.) Mark S. Inch
2.) (Col.) Robinson (F.N.U.)
3.) (Lt.) Gahrmann (F.N.U.)
4.) (Lt.) Noriega (F.N.U.)
5.) (C/O) Walton (F.N.U.)
6.) (C/O) Harden (F.N.U.)
_____
Defendants

Jury Demand

☑ Yes

1st Amended 42 U.S.C. §1983 Complaint

# I. Plaintiff Information

Kroft Jimmy L                    Jim, James
Name (Last, First, MI)           Aliases

X25395         Charlotte C.I.    33123 Oilwell Rd.
ID #           Place of Detention    Address

Charlotte County, Punta Gorda, FL., 33955
County            City            State    Zip Code

# II. Plaintiff is a convicted and sentenced state prisoner

# III. Defendant's Information

Defendant (1) Mark S. Inch
              Name (First, MI, Last)
Secratary of The FL. Dept. of Corr.
Current Job Title
501 S. Calhoun Street
Current Work Address
Leon County, Tallahassee, FL, 32399
County          City         State    Zip Code

☑ Official Capacity   ☐ Individual Capacity

Defendant (2) (Col.) Robinson (F.NU.)
              Name (Rank, Last name)

2/13

Correctional Officer, Colonel
Current Job Title and Rank

Charlotte C.I., 33123 Oilwell Rd.
Current Work Address

Charlotte County, Punta Gorda, FL. 33955
County            City            State  Zip Code

[X] Official Capacity  [X] Individual Capacity

Defendant (3) (Lt.) Gahrmann (F.N.U.)
Name (Rank, Last name)

Correctional Officer, Lieutenant
Current Job Title and Rank

Charlotte C.I., 33123 Oilwell Rd.
Current Work Address

Charlotte County, Punta Gorda, FL, 33955
County            City            State  Zip Code

[ ] Official Capacity  [X] Individual Capacity

Defendant (4) (Lt.) Noriega (F.N.U.)
Name (Rank, Last Name)

Correctional Officer, Lieutenant
Current Job Title and Rank

Charlotte C.I., 33123 Oilwell Rd.
Current Work Address

Charlotte County, Punta Gorda, FL., 33955
County            City            State  Zip Code

[X] Official Capacity  [X] Individual Capacity

3/13

LEGAL MAIL

Defendant (5) (c/o) Walton (F.N.U.)
Name (Rank and Last Name)

Correctional Officer (c/o)
Current Job Title and Rank

Charlotte C.I., 33123 Oilwell Rd.
Current Work Address

Charlotte County, Punta Gorda, FL., 33955
County           City        State   Zip Code

☐ Official Capacity  ☑ Individual Capacity

Defendant (6) (c/o) Harden (F.N.U.)
Name (Rank and Last name)

Correctional Officer (c/o)
Cu

Charlotte C.I., 33123 Oilwell Rd.
Current Work Address

Charlotte County, Punta Gorda, FL., 33955
County           City        State   Zip Code

☐ Official Capacity  ☑ Individual Capacity

## IV. Statement of Claim

Places of occurrence: Charlotte C.I.'s Eastside dining hall and outside of Eastside dining hall's exit door

Date and Time: 12/4/18 @ approximately 6:50 Am

Federal Constitutional Rights violated in this claim:

Officers used "Excessive Force" and "Failed to Protect" violating Plaintiff's 8th and 14th Amendment Rights

### Facts of Claim:

4/13

1.) On 12/4/18, at approximately 6:50 Am, Plaintiff was attacked by multiple officers inside the Eastside dining hall witnessing multiple officers using "excessive force" on another inmate, Cov Dotson, and advising officers that he was going to report their abuse on the inmate. Officers Walton and Harden were amongst the officers who attacked Kroft inside the dining hall under the command of Col. Robinson and Lt. Noriega.

2.) Officers Harden, Walton, and possibly other officers, slammed Plaintiff to the floor, using excessive force before placing him in hand restraints and lifting him up.

3.) Plaintiff was forced outside without a "Post use of force camera" being utilized by several officers under the instruction of Col Robinson and Lt. Noriega

4.) Plaintiff then heard Robinson command his subordinates to "Beat his (F)(A) and break his (GD) bones, he can report that too after his jaw heals.

5.) Plaintiff was then slammed face first to the concrete while in hand restraints behind his back, unable to protect hisself by then Sgt. Gahrmann, C/o Harden, and C/o Walton and then attacked severly, and brutally tortured by all three officers.

6.) Plaintiff easily was able to identify all three as Sgt. Gahrmann, C/o Harden, and C/o Walton; the latter two he had just exchanged words with prior to the attack, reading their name tags then, and Sgt. Gahrmann was previously well known to the Plaintiff.

5/13

7.) The then Sgt. Gahrmann began striking the Plaintiff with both fist, breaking the Plaintiff's jaw with multiple blows with closed fists to the left side of Plaintiff's jaw, and causing the laceration to Plaintiff's left eye with multiple blows to that area with fists.

8.) Gahrmann then struck the Plaintiff multiple times in his right ear and head area with his radio, causing the hematoma and hemorraging to his right ear; this injury caused perminant disfigurement and some loss of hearing.

9.) Gahrmann then began forcifully slamming Plaintiff's head face first into the concrete, breaking his nose, then violently thrusting his head side to side against the concrete, causing the multiple abrasions.

10.) At this point, officers Walton and Harden had been helping Gahrmann keep Kroft immobilized, while he tortured and beat Kroft.

11.) Gahrmann then sat on the back of Kroft's shoulders and neck area while officer Harden pried open the Plaintiff's fingers and began violently jerking them at odd angles, purposely breaking the Plaintiff's left little and left index fingers. This caused perminant injury to Plaintiff's fingers, causing loss of mobility and strength, and arthritis.

12.) After snapping the Plaintiff's fingers, Harden went to the Plaintiff's bare feet and began stomping his toes several times with his boots, before pinning them so Walton could then attack Kroft. Harden fractured Kroft's left big toe causing perminant injury in the form of constant pain in joint requiring special medical shoes.

LEGAL MAIL

13.) Sgt. Gahrmann and officer Harden then advised officer Walton to "Go Ahead Walton, break his (F) ribs!"

14.) Officer Walton then began driving his knee down multiple times into Plaintiff's right rib cage and spinal area, fracturing multiple ribs and Plaintiff's L-1 vertebra.

15.) At this time, Plaintiff could hear the Colonel telling his subordinates "That's it, break his (GD) ribs, that'll teach him."

16.) Plaintiff began begging for his life and advised the officers that he could not breathe, and that they had broken his ribs.

17.) Plaintiff was then lifted to his feet and told to "walk!"

18.) At this time the Plaintiff was drifting in and out of consciousness from the excruciating pain.

19.) Plaintiff was seen by medical preconfinement nurses who cleaned off blood and applied glue type stitches to his eye. Plaintiff explained to the nurses at this this time that he was beaten by the officers, had suffered multiple fractures, and needed to see the doctor immediately. Nurse advised the Plaintiff to "fill out a sick call, ain't nothing wrong with you!"

20.) Plaintiff was taken to the shower in A-1 and told to strip. At this time he noticed that he was being recorded and began to verbalize the attack on video.

LEGAL MAIL

21.) Plaintiff was then placed in a cell for several hours before finally being allowed to see the doctor via a declaration of a medical emergency.

22.) Doctor determined that Plaintiff possibly suffered serious injuries and ordered that Kroft be sent out to "Lee Memorial Hospital" in Ft. Myers for a catscan.

23.) All injuries listed in this complaint as far as fractures were confirmed by medical staff at Lee Memorial following the results from the catscan performed on Kroft.

24.) Upon arrival back to Charlotte C.I., the doctor read the hospital catscan results and ordered that Kroft be kept in the infirmary.

25.) On 12/6/18, Plaintiff was transferred to the Regional Medical Center Prison in Lake Butler, FL. to undergo treatment, surgery, and physical therapy.

26.) Plaintiff was released from confinement when no DR was served.

27.) All officers were acting under color of state law when this incident occured.

## V. Injuries:

1.) Fractured L-1 vertebra. Plaintiff was treated for this injury by urgent care medical staff at R.M.C. who ordered Plaintiff to stay as immobilized as possible and given a back brace. Passes written.

2.) Fracture to left mandible. This injury required surgery by the oral surgeon who wired the Plaintiff's mouth shut, placed Plaintiff on a liquid diet, and ordered pain medication.

3.) Multiple rib fractures to right side. Fractures treated by medical staff at R.M.C.. Plaintiff told to use spirometer to help prevent pneumonia and to wear back brace and stay immobilized. Plaintiff was ordered pain meds and written multiple passes.

4.) Left index finger fracture. Medical at R.M.C. removed temporary splint from Lee Memorial and casted Plaintiff left hand and fingers. Plaintiff ordered to undergo physical therapy.

5.) Left little finger fracture. Treated by medical staff, temporary splinted then casted at R.M.C.. Plaintiff ordered to undergo physical therapy.

6.) Left Big toe fracture. Treated by medical staff at R.M.C. and written an order for medical soft shoes and passes.

7.) Nasal Fracture. Went untreated

8.) Hematoma in right ear. Went untreated and was merely documented. Caused disfigurement.

9.) Hearing loss in right ear. Currently seeing physician. Underwent a hearing test.

10.) Hemorraging in right ear. Went untreated but was documented by medical staff.

11.) Arthritis. This resulted from finger fractures. Medical staff xrayed hand and doctor ordered pain medication following complaint.

12.) Laceration to left eye. Treated by medical staff and stitched closed. Left perminant scarring.

13.) Abrasions (multiple). Documented but untreated apart from cleaning the open wounds innitially.

14.) Psychological damage. Being treated in council now.

15.) Emotional damage. Seeing Psych now.

## VI. Relief:

Plaintiff is seeking punitive and compensatory damages for the claims of:

1.) Excessive Force and the injuries sustained
2.) Failure to Protect and the injuries sustained.

    A.) Punitive damages of $1,000,000.00
    B.) Compensatory damages of $1,000,000.00

LEGAL MAIL

Compensatory damages awarded shall compensate for Plaintiff future wages lost, future medical expenses, court and lawyer fees if any, pain and suffering, and the disfigurement of Plaintiff's right ear and left eye, that likely will require expensive surgery to correct. Arthritis and back injury will likely require future surgery to correct, if at all even possible to correct.

## Injunctive Relief Requested

1.) Restraining orders placed against Defendants.

2.) Removal of Plaintiff from the Dept. of Corrections Florida State prison and placed into an alternate substitute to finish serving his remaining time.

## VII. Litigation History:

- Plaintiff has never brought any other lawsuit claims either in any state or federal courts. Plaintiff has never previously

LEGAL MAIL

filed a lawsuit of any such pertaining to this incident in any other state or federal court. Plaintiff declares that this his first and only lawsuit ever filed.

## IX. Plaintiff's Declaration and Warning

I, Jimmy Lee Kroft, certify under penalty of perjury, that to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous arguement for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonably provided opportunity for further investigation or discovery, and (4) the complaint otherwise complies with

the requirements of Rule(11).

6/30/2020
Dated

s/ Jimmy L Kroft
Plaintiff's signature

Jimmy Lee Kroft
Printed Name

X25395
ID #

\* I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

Charlotte C.I.
Institutional Name

33123 Oilwell Rd.
Institution's Address

Punta Gorda    Florida    33955
City           State      Zip Code

LEGAL MAIL

PROVIDED TO
CHARLOTTE CI
ON 7/30/2020 FOR MAILING
MJK

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Amended (1st) 42 U.S.C. § 1983 Civil Rights Complaint has been hand delivered to prison officials to be furnished by U.S. Mail to:

U.S. District Court
Middle District of FL
Office of the Clerk
Room 2-194
2110 First Street
Ft. Myers, FL. 33901

Plaintiff's Information:
Jimmy Lee Kroft
X25395
Charlotte C.I.
33123 Oilwell Rd.
Punta Gorda, FL. 33955

s/ Jimmy L. Kroft
On Date Of: 6/30/2020