UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

v.                                          Case No: 2:20-cv-396-JLB-NPM

MARK S. INCH,
COLONEL ROBINSON,
FNU NORIEGA,
FNU GAHRMANN,
FNU HARDEN,
CORRECTIONAL OFFICER
WALTON,
FNU SNYDER,
CLASSIFICATION OFFICER
DAWSON, and
NURSE WILSON

    Defendants.

_____

**ORDER OF SPECIAL APPOINTMENT**
**<u>AND SERVICE UPON DEFENDANTS</u>**

Plaintiff is proceeding on his Second Amended Complaint (Doc. 37) and was granted leave to proceed in forma pauperis. (Doc. 21). Plaintiff submitted the necessary service forms for Defendants Colonel Robinson, FNU Noriega, FNU Gahrmann, FNU Harden, Correctional Officer Walton, FNU Snyder, Classification Officer Dawson, and Nurse Wilson.

Accordingly, it is **ORDERED**:

(1)     The Clerk is directed to prepare the service packages for certified mailing to the Special Appointees at the Charlotte Correctional Institution designated below. The packets shall include the Second Amended Complaint (Doc. 37), a summons, and this Order. The Clerk shall notate the docket with the date the service package was mailed. Pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, the Court specially appoints **Lars Severson and/or Gloria Gal** to effect service in this matter.

(2)     Within **FOURTEEN (14) DAYS** after receipt of the service package, Lars Severson and/or Gloria Gal shall serve the complaint, summons, and this Order to Colonel Robinson, FNU Noriega, FNU Gahrmann, FNU Harden, Correctional Officer Walton, FNU Snyder, Classification Officer Dawson, and Nurse Wilson at Charlotte Correctional Institution, complete and sign the Return of Service form, and return it (in the self-addressed envelope provided) to the Clerk of Court as proof of service.

(3)     If any defendant is no longer employed at Charlotte Correctional Institution or is otherwise unable to be served, the Special Appointee shall complete and sign the Return of Service unexecuted for that defendant. If service is returned unexecuted, or if a return is not filed within **forty-five (45) days** from the date of this order, the Clerk of Court shall so note on the docket immediately.

2

(4)     Each defendant shall have **SIXTY (60) DAYS** from the date of service of process by the Special Appointee to answer or otherwise respond to the Complaint.

**ORDERED** in Fort Myers, Florida on May 28, 2021.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

c:   parties of record
     special appointees