UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

v.                                                      Case No: 2:20-cv-396-JLB-NPM

MARK S. INCH, et al.,

    Defendants.

_____

**ORDER OF SPECIAL APPOINTMENT
AND SERVICE UPON DEFENDANTS**

    Plaintiff is proceeding on his Second Amended Complaint (Doc. 37) and was granted leave to proceed in forma pauperis. (Doc. 21). Service on Defendant Colonel Robinson was previously returned unexecuted, with a notation that he is now employed at Santa Rosa Correctional Institution. (Doc. 43). This Order directs service of the Second Amended Complaint on Defendant Colonel Robinson.

    Accordingly, it is **ORDERED**:

    (1)    The Clerk is directed to prepare the service package for certified mailing to the Special Appointees at the Santa Rosa Correctional Institution designated below. The packet shall include the Second Amended Complaint (Doc. 37), a summons, and this Order. The Clerk shall notate the docket with the date the service package was mailed. Pursuant to Rule 4(c)(3) of the Federal Rules of Civil

Procedure, the Court specially appoints **Christy Padgett, SGT and/or Holly Sours, CO** to effectuate service in this matter.

(2)     Within **FOURTEEN(14) DAYS** after receipt of the service package, Christy Padgett, SGT and/or Holly Sours, CO shall serve the complaint, summons, and this Order to Colonel Robinson at Santa Rosa Correctional Institution, complete and sign the Return of Service form, and return it (in the self-addressed envelope provided) to the Clerk of Court as proof of service.

(3)     If the defendant is no longer employed at Santa Rosa Correctional Institution or is otherwise unable to be served, the Special Appointee shall complete and sign the Return of Service unexecuted for that defendant. If service is returned unexecuted, or if a return is not filed within **forty-five (45) days** from the date of this order, the Clerk of Court shall so note on the docket immediately.

(4)     Defendant shall have **SIXTY (60) DAYS** from the date of service of process by the Special Appointee to answer or otherwise respond to the Complaint.

**ORDERED** in Fort Myers, Florida on June 21, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

c:     all parties of record
        special appointees

2