UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

v.                                                Case No. 2:20-cv-396-JLB-NPM

MARK S. INCH, COLONEL
ROBINSON, FNU NORIEGA, FNU
GARMEN, FNU HARDEN,
CORRECTIONAL OFFICER
WALTON, I. WILSON AND FNU
FISHER,

    Defendants.

_____/

## APPEARANCE OF COUNSEL

TO: The clerk of court and all parties of record

    I am admitted, or otherwise authorized to practice in this Court, and I appear in this case as lead counsel for Defendants, Warden Derek Snider, Assistant Warden Jacob Dawson, Col. Jeffrey Robinson, Lt. Vincent Noriega, Cpt. Stephen Gahrmann and Officer Raymond Walton. All future pleadings, orders, documents and correspondence in this case should be served upon the undersigned.

Dated: July 21, 2021                        Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Eugenia Izmaylova
Eugenia Izmaylova
Senior Assistant Attorney General
Florida Bar No. 1003467
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, Florida 33607
(813) 577-4528 – Telephone
(813) 281-1859 – Facsimile
Eugenia.Izmaylova@myfloridalegal.com
*Counsel for Warden Derek Snider, Assistant Warden Jacob Dawson, Col. Jeffrey Robinson, Lt. Vincent Noriega, Cpt. Stephen Gahrmann, Officer Raymond Walton*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notice of electronic filing. I further certify that I mailed the foregoing document by U.S. First-Class mail to the following non-CM/ECF participant: Plaintiff, pro se, Jimmy Lee Kroft, DC #X25395, Reception and Medical Center, P.O. Box 628, Lake Butler, Florida 32054-0628.

/s/ Eugenia Izmaylova
Eugenia Izmaylova
Senior Assistant Attorney General