RECEPTION MEDICAL CENTER
DATE: 9/7/21
INMATE INITIALS: JLK
FILED

In The United States District Court
Middle District of Florida
Ft. Myers Div

2021 SEP 10 PM 12:49
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Jimmy Lee Kroft
Plaintiff

vs

Case No: 2:20-CV-396-JLB-NPM

Mark S. Inch, et.al.
Defendants

## Motion to Withdraw Four Defendants

Plaintiff Jimmy Lee Kroft X25395, pursuant to Fed. R. Civ. P. 41, humbley moves this Court to issue an order allowing the Plaintiff to voluntarily withdraw Defendants Mark S. Inch, Derek Snider, Jacob Dawson, and I. Wilson from this lawsuit. The Plaintiff no longer wishes to pursue a claim against them.

Respectfully Submitted,
(S) *Jimmy L Kroft*
Jimmy Lee Kroft X25395
RMC-Main
P.O. Box 628
Lake Butler, FL. 32054

(1)

### Local Rule 3.01 (G) Certification

Due to the fact that this prison is prohibiting inmates from emailing and calling Lawyers, the Plaintiff is unable to confer with Defendant's before filing this motion. Plaintiff mailed Defendant's Counsel a letter asking for their disposition regarding this motion and will file a supplement response if Defendant's Counsel responds to his letter.

### Certificate of Service

I Hereby Certify that a true and correct copy of the foregoing was furnished to prison officials to mail via U.S. Mail on this 7th day of September, 2021, to: Eugenia Izmaylova and Linda Shaljani, the counsel for the Defendants, at the Office of the Attorney General, 3507 E. Frontage Road, Suite 150, Tampa, FL, 33607 and a duplicate copy to the United States District Court, Clerk of the Court, Rm 2-194, 2110 First Street, Fort Myers, FL, 33901.

(S) _____
Jimmy Lee Kroft X25395

RECEPTION MEDICAL CENTER
FILED
9/7/21  JLK

2021 SEP 10 PM 12:49
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

In the United States District Court
Middle District of Florida
Ft. Myers Div

Jimmy Lee Kroft
Plaintiff

vs

Case No: 2:20-cv-396-JLB-NPM

Mark S. Inch, et al
Defendants
_____/

## Notice of the withdrawal of four Defendants

Plaintiff Jimmy Lee Kroft X25395, gives notice that he is withdrawing Defendants Mark S. Inch, Derek Snider, Jacob Dawson, and I. Wilson from this lawsuit. Plaintiff no longer is pursuing claims against them.

Respectfully Submitted,
(s) [signature]
Jimmy Lee Kroft X25395
RMC - Main Unit
P.O. Box 628
Lake Butler, FL. 32054

## Certificate of Service

I Hereby Certify that a true and correct copy of the foregoing was furnished to prison officials at RMC to be mailed via U.S. Mail on this 7th day of September, 2021, to: Eugenia Izmaylova and Linda Shaljani, the counsel for the Defendants, Office of The Attorney General, 3507 E. Frontage Road, Suite 150, Tampa, FL. 33607 and a duplicate copy to the United States District Court, Clerk of The Court, Rm 2-194, 2110 First Street, Ft. Myers, FL. 33901.

(S) _____
Jimmy Lee Kroft X25395