UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

      Plaintiff,

v.                                       Case No. 2:20-cv-396-JLB-NPM

MARK S. INCH,
COLONEL ROBINSON,
FNU NORIEGA,
FNU GAHRMAN,
FNU HARDEN,
CORRECTIONAL OFFICER
WALTON,
CLASSIFICATION OFFICER
DAWSON,
and NURSE WILSON,

      Defendants.
_____

**ORDER**

Pending before the Court is Plaintiff's Motion to ask the Florida Department of Corrections to provide the last known address for Defendant Harden. (Doc. 68). To expedite service of process, Plaintiff's motion is **GRANTED**. (Doc. 68).

On June 16, 2021, a summons was returned as unexecuted for Defendant Harden. (Doc. 45). Defendant Harden was not served by the special appointee because there was no record of his employment with Charlotte Correctional Institution. (Doc. 45).

Because he is incarcerated, it is unlikely that Plaintiff will be able to obtain information on Harden's location. To expedite service of process, the Court asks the

FDOC to provide Defendant Harden's last known address in confidence to the United States Marshals Service.

Accordingly, within **THIRTY (30) DAYS** from the date of this Order, the Office of the General Counsel for the FDOC is requested to either:

> (a) inform the United States Marshals Service in Fort Myers, Florida in confidence of the last known address of Defendant Harden and notify the Court that it has done so; or
>
> (b) notify the Court that it cannot produce Harden's last known address.

**The United States Marshals Service shall protect the confidentiality of any address provided by the Office of General Counsel as required by Florida law and shall not disclose any such information on any document filed with the Court**. The Court will then issue further instructions for service of process.

**ORDERED** in Fort Myers, Florida on September 17, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

c:  all parties of record
United States Marshals Service
Alexandria Williams, Senior Attorney, Florida Department of Corrections