UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,
    Plaintiff,

v.                                                 Case No. 2:20-cv-396-JLB-NPM

MARK S. INCH, COLONEL
ROBINSON, FNU NORIEGA,
FNU GAHRMANN, FNU HARDEN,
CORRECTIONAL OFFICER WALTON,
FNU SNYDER, CLASSIFICATION
OFFICER DAWSON, and
NURSE WILSON,

    Defendants.
_____

**ORDER**

Plaintiff has filed a motion to "withdraw" four defendants from this lawsuit (Doc. 66) and a motion to supplement his second amended complaint by adding additional claims. (Doc. 67.)

To the extent Plaintiff seeks to modify or amend his second amended complaint, he must do so by filing a <u>complete</u> third amended complaint. He may not amend his complaint in a piecemeal fashion by filing separate documents that are intended to be read together as a single complaint. Once an amended complaint is filed, the earlier complaint no longer serves any function in the case. *See Lowery v.*

*Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) ("[A]n amended complaint supersedes the initial complaint and becomes the operative pleading in the case.").

Accordingly, Plaintiff's motion to withdraw (Doc. 66) and motion to supplement (Doc. 67) are **DENIED** without prejudice to Plaintiff filing an appropriate motion for leave to amend along with a complete third amended complaint. The **Clerk of Court** is directed to mail Plaintiff a copy of the standard prisoner civil rights complaint form.

**ORDERED** in Fort Myers, Florida on September 17, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

c: Jimmy Lee Kroft
encl: Prisoner Civil Rights Complaint Form