UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

v.                                                Case No. 2:20-cv-396-JLB-NPM

MARK S. INCH, *et al*.

    Defendants.
_____

**ORDER**

    Before the Court is Plaintiff's motion for appointment of counsel. (Doc. 74). Plaintiff asserts he needs counsel because his imprisonment greatly limits his ability to litigate this case. (*Id.*) A civil litigant, including a prisoner proceeding pro se, has no absolute constitutional right to the appointment of counsel. *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987). Instead, appointment of counsel is a privilege, which is justified only by exceptional circumstances such as when the facts and legal issues are so novel or complex as to require the assistance of counsel. *Id*. In the present case, there do not appear to be any exceptional circumstances necessitating the appointment of counsel. *See Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). That Plaintiff is incarcerated does not set him apart from any other confined litigant. Should Plaintiff need additional time to respond to Court-ordered deadlines, he can file motions for enlargement of time.

Accordingly, Plaintiff's motion seeking appointment of counsel (Doc. 74) is **DENIED**.

**ORDERED** in Fort Myers, Florida on November 2, 2021.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE