In The United States District Court
Middle District of Florida
Ft. Myers Division

Jimmy Lee Kroft
Plaintiff

Case No.: 2:20-CV-396-JLB-NPM

v

Mark S. Inch, et al.
Defendants

Motion For Leave to Amend Plaintiff's
42 USC § 1983 Civil Rights Complaint

Comes Now the Plaintiff Jimmy Lee Kroft x25395, pursuant to Rule 13(a) and 19(a), Fed.R.Civ.P., requesting leave to file a 3rd Amended Complaint after a telephonic conference was held between the Plaintiff and the Defendant's counsel Eugenia Izmaylova and co-counsel Ms. Shaljani on September 9, 2021 where the Plaintiff agreed to remove voluntarily from his complaint Defendants Inch, Snider, Dawson, and non-FDOC Defendant Wilson to promote judicial efficiency. In Plaintiff's revised amended complaint, his claims have been better clarified and streamlined, while at the same time having had some unneeded "fluff" removed. Plaintiff also changes his suit from suing in both official and individual capacity to just individual capacity. In

the Plaintiff's relief section, he also is now articulating what specific relief that he requests granted pertaining to each individual Defendant according to their actions and participations in the incident in which this suit manifested. Plaintiff previously filed a motion for Leave to Amend with an attached 3rd Amended Complaint on October 4, 2021 in which non-FDOC nurse Wilson was still included. At this time after researching further case law and grievance records, and the fact that Ms. Wilson has yet to be officially served her summons and a copy of the complaint, the Plaintiff has further modified his complaint to also voluntarily remove from the complaint Ms. Wilson. Plaintiff has also removed his Injunctive Relief request. Plaintiff humbly wishes that the courts grant his newly revised amended complaint to promote judicial efficiency in the case at hand.

Respectfully Submitted,

(s) *Jimmy L. Kroft*

Jimmy Lee Kroft X25395

Local Rule 3.01(G) Certification
_____

    Due to the fact that this prison is prohibiting inmates from emailing and calling lawyers and the fact that it is a six or sometimes seven day delay or longer, when recieving or mailing letters, information, and documents pertaining to legal movements and inquiries to the courts and the Defendant's legal counsel, which in turn renders or rendered the Plaintiff unable to confer with the Defendant's Counsel before filing this motion on November 23rd, 2021. Plaintiff mailed a letter to the Defendant's counsel asking for their disposition regarding this motion. Plaintiff will file a supplement to let the court know if the Defendant's oppose this motion.

## Certificate of Service

I Hereby certify that a true and correct copy of the foregoing has been mailed on November 23rd, 2021 to the: United States District Court, Middle District of Florida, Ft. Myers Division; 2110 First Street; Ft. Myers, Florida 33901 AND also duplicate copies to Defendants and Defendant's.

Attorney(s) Eugenia Izmaylova and Linda Shaljani at the Office of the Attorney General, 3507 E. Frontage Rd., Suite 150, Tampa, Florida 33607 via U.S. Mail through certified legal mail prison officials at RMC. Main Unit P.O. Box 628, Lake Butler, FL. 32054 this 23rd day of November, 2021.

Respectfully Submitted,

(S) _____

Jimmy Lee Kroft
Pro Se, X25395
R.M.C. - Main Unit
P.O. Box 628
Lake Butler, FL.
32054