FILED

RECEPTION AND MEDICAL CENTER
DATE: 11/29/21
INMATE INITIALS: JLK

2021 DEC -2 PM 12: 05 In the United States District Court

CLERK, US DISTRICT COURT    Middle District of Florida
MIDDLE DISTRICT OF FLORIDA
    FORT MYERS FLORIDA    Jacksonville Division

Jimmy Lee Kroft
    Plaintiff                                    Case No. 2:20-cv-0396
                                                        FTM-66-NPM
vs

Jeffrey Robinson, et al.
    Defendants

                Notice to the Court

        I, the Plaintiff Jimmy L. Kroft X25395, am
giving the Court Notice of a typographical
error in the Amended Complaint recently filed
per mailbox rule on 11/23/21 in the
"Relief Requested" section... Instead of the
language "jointly and seperately", it is
meant to be "jointly and severlly", the
word "seperately" was a typographical
error unnoticed until after it was filed.

DC# X25395              (S) Jimmy L Kroft

            Certificate of Service

        I, the Plaintiff Jimmy Lee Kroft HEREBY
certify that a copy of this "Notice to the Court"
was furnished to prison officials for mailing

via U.S. Postal service to the U.S. District Court, Middle District of Florida, Ft. Myers Division, 2110 First Street, Ft. Myers Florida, 33901 and Notice was given to the Defendant's attorney Eugenia Izmaylova at the office of the Attorney General, 3507 E. Frontage Road, Suite 150, Tampa, Florida, 33607.

Mailed this 29th day of November 2021

Respectfully Submitted,

(S) Jimmy

Jimmy Lee Kroft
DC #X25395
RMC-Main Unit
P.O. Box 628
Lake Butler, FL. 32054