**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

JIMMY LEE KROFT,

    Plaintiff,

vs.                                    Case No. 2:20cv396-JLB-NPM

MARK S. INCH, et al.,

    Defendants.

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that the Undersigned Attorney enters his appearance in the above cause as counsel for the Plaintiff, JIMMY LEE KROFT, and requests that all pleadings, motions, and notices be forwarded to this Attorney at the address set forth below.

        Respectfully Submitted,  *s/ James V. Cook*
                                        JAMES V. COOK, ESQ., FBN 0966843
                                        Law Office of James Cook
                                        314 West Jefferson Street
                                        Tallahassee, FL 32301
                                        (850) 222-8080; 561-0836 fax
                                        cookjv@gmail.com
                                        Attorney for Plaintiff

I CERTIFY the foregoing was filed electronically on 12/16/2021, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

                                                                       */s/James V. Cook*