**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JIMMY LEE KROFT, DC#X25395,

    Plaintiff,

vs.                                        Case No. 2:20-cv-396-JLB-NPM

COLONEL ROBINSON, FNU NORIEGA,
FNU GARMEN, FNU HARDEN,
CORRECTIONAL OFFICER WALTON,
I. WILSON

    Defendants.
_____/

## LOCAL RULE 3.03 DISCLOSURE STATEMENT OF DEFENDANTS

    I HEREBY DISCLOSE the following pursuant to Local Rule 3.03 of the Middle District of Florida:

1.) each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

Centene Corporation (CNC) – parent corporation of Centurion Health

Centurion Health

Cook, James V. – Counsel for Plaintiff

Law Offices of James Cook – Law firm for Plaintiff

Dawson, Jacob - Defendant

Dixon[1], Ricky D. Secretary of the Florida Department of Corrections - Defendant
Florida Department of Corrections

Gahrmann, Stephen – Defendant

Harden, FNU - Defendant

Izmaylova, Eugenia –Counsel for Defendants

Kroft, Jimmy Lee – Plaintiff

Noriega, Vincent - Defendant

Office of the Florida Attorney General – Law firm for Defendants

Robinson, Jeffrey - Defendant

Shaljani, Linda – Counsel for Defendants

Slater, James M. – Counsel for Plaintiff

Slater Legal PLLC – Law firm for Plaintiff

Snider, Derek – Defendant

Walton, Raymond – Defendant

Wilson, Nurse FNU - Defendant

2.) each entity with publicly traded shares or debt potentially affected by the outcome:

    Centene Corporation (CNC)

3.) each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

    Not applicable.

---

[1] Ricky D. Dixon was appointed the Secretary of Corrections in November 2021 and is automatically substituted in this action for former Secretary Mark S. Inch, pursuant to Fed. R. Civ. P. 25(d).

4.) each person arguably eligible for restitution:

    Allegedly Jimmy Lee Kroft, DC# X25395

I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

*/s/ Eugenia Izmaylova*
*Eugenia Izmaylova*
Senior Assistant Attorney General
Florida Bar No. 1003467
Office of the Attorney General
Concourse Center IV
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
(813) 233-2880 – Telephone
Linda Shaljani
Assistant Attorney General
Florida Bar No. 107071
Linda.Shaljani@myfloridalegal.com
Eugenia.Izmaylova@myfloridalegal.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2022, I electronically filed the foregoing with the Clerk of Court using the NextGen CM/ECF system, which will electronically serve copies of the foregoing upon those parties capable of receiving such service. I further certify that I served by First-Class U.S. Mail a copy of the

foregoing document to Plaintiff, Jimmy Lee Kroft, DC# X25395, Charlotte Correctional Institution, 33123 Oil Well Road, Punta Gorda, Florida 33955-9701.

/s/ *Eugenia Izmaylova*
Senior Assistant Attorney General