IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

vs.                                        Case No. 2:20-cv-396-JLB-NPM

COLONEL JEFFREY ROBINSON,
LIEUTENANT VINCENT NORIEGA,
CAPTAIN STEPHEN GAHRMANN,
OFFICER RAYMOND WALTON,
DEREK SNIDER, THEODORE LAUX, and
JOHN DOE

    Defendants.
_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR

NOTICE IS HEREBY GIVEN that the parties have agreed to and select the following mediator in this matter:

        Gary H. Larsen, Esq.
        Dickinson & Gibbons, P.A.
        401 N. Cattlemen Road, Suite 300
        Sarasota, Florida 34232
        Telephone: (941) 366-4680
        glarsen@dglawyers.com

Dated: May 20, 2022           Respectfully submitted,

| | |
|---|---|
| *s/James V. Cook* | */s/ Eugenia Izmaylova* |
| James V. Cook, Esq. | Eugenia Izmaylova |
| Florida Bar No. 0966843 | Senior Assistant Attorney General |
| Law Offices of James Cook | Florida Bar No. 1003467 |
| 314 West Jefferson Street | Eugenia.Izmaylova@myfloridalegal.com |
| Tallahassee, FL 32301 | /s/Linda Shaljani |
| (850) 222-8080; 561-0836 fax | Assistant Attorney General |
| cookjv@gmail.com | Florida Bar No. 107071 |

| | |
|---|---|
| *s/ James M. Slater* | Linda.Shaljani@myfloridalegal.com |
| James M. Slater, Esq. | Office of the Attorney General |
| Florida Bar No. 111779 | Concourse Center IV |
| Slater Legal PLLC | 3507 E. Frontage Road, Suite 150 |
| 113 S. Monroe Street | Tampa, FL 33607 |
| Tallahassee, FL 32301 | (813) 233-2880 – Telephone |
| (305-523-9023 | *Counsel for Col. Jeffrey Robinson, Lt. Vincent* |
| james@slater.legal | *Noriega, Cpt. Stephen Gahrmann, and Officer* |
| *Counsel for Plaintiff* | *Raymond Walton* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2022, I electronically filed the foregoing with the Clerk of Court using the NextGen CM/ECF system, which will electronically serve copies of the foregoing upon those parties capable of receiving such service.

*/s/ Eugenia Izmaylova*
Senior Assistant Attorney General