UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

v.                                    Case No. 2:20-cv-396-JLB-NPM

JEFFREY ROBINSON, et al.,

    Defendants.

## ORDER

In an unopposed motion, Kroft seeks leave to file a sixth amended complaint that identifies all defendants by name. (Doc. 121). In a prior order, the court directed Kroft to amend his fifth amended complaint to identify a doe defendant and eliminate references to John Doe. (Doc. 108).

The motion to amend (Doc. 121) is **GRANTED**. The **Clerk** is directed to file the pleading at docket entry 121-1 as a separate docket entry titled "Sixth Amended Complaint." Because the proposed sixth amended complaint identifies the doe defendant, Kroft's order for an extension of time to do so (Doc. 120) is **DENIED as moot**.

**ORDERED** on July 8, 2022.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE