## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

vs.

WARDEN DEREK SNIDER, et al.,

    Defendants.

Case No. 2:20cv396-JLB-NPM

## TIME-SENSITIVE JOINT MOTION FOR
## MAGISTRATE SETTLEMENT CONFERENCE

The Parties jointly move this Honorable Court to order a Magistrate Settlement Conference in this case. In support thereof, the Parties state as follows:

### BACKGROUND INFORMATION

1. This case was initiated and litigated *pro se* through three amendments.

2. As of December 16, 2021, when attorneys James Cook and James Slater filed notices of appearance [D.E. 84, 85], Defendants were represented by attorneys Eugenia Izmaylova and Linda Shaljani. Since then, Ms. Shaljani has left the Office of the Attorney General and Ms. Izmaylova will do so within weeks.

3. Over a vigorous litigation for the past ten months, counsel for the Parties have forged a strong working relationship based on mutual respect and a sense that each of them understands the issues involved in a very complicated case. Although discovery is not complete, counsel feel this would be an opportune time to try to resolve the case rather than begin again with new counsel.

4. This matter is currently set for the trial term beginning December 4,

2023. [D.E. 114]. Mediation was ordered with a deadline of May 5, 2023.

5. The Parties believe a Settlement Conference scheduled in the next few weeks may represent the best chance to resolve this case early and that a Magistrate Settlement Conference by remote video would benefit all parties.

6. The Florida Department of Corrections has been making inmates available for video conference by Zoom as long as the Court so orders.

**WHEREFORE**, the Parties jointly request that the Court to enter an Order mandating a Magistrate Settlement Conference for all parties involved and granting any other relief it deems just and proper.

Respectfully submitted on October 18, 2022,

| | |
|---|---|
| By: /s/ Eugenia Izmaylova<br>Eugenia Izmaylova (FBN 1003467)<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>Concourse Center IV<br>3507 E. Frontage Road, Suite 150<br>Tampa, Florida 33607<br>Tel.: (813) 233-2880<br>Eugenia.Izmaylova@myfloridalegal.com<br><br>*Counsel for Defendants* | By: /s/ James Cook<br>James V. Cook (FBN 0966843)<br>LAW OFFICE OF JAMES COOK<br>314 W. Jefferson Street<br>Tallahassee, Florida 32301<br>Tel. (850) 222-8080; Fax (850) 561-0836<br>cookjv@gmail.com<br><br>By: /s/ James Slater<br>James M. Slater (FBN 111779)<br>SLATER LEGAL PLLC<br>113 S. Monroe Street<br>Tallahassee, Florida 32301<br>Tel: (305) 523-9023<br>james@slater.legal<br><br>*Counsel for Plaintiff* |